IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE D. SCHREANE, | CIVIL ACTION NO. 3:11-CV-0613 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| | (MAGISTRATE JUDGE BLEWITT) |
| RONNIE HOLT, WARDEN, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 21st day of March, 2012, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 20) is **REJECTED**.

(2)   Plaintiff's Motions to Appoint Counsel (Doc. 13; Doc. 22) are **DENIED**.

(3)   Plaintiff's Motion to Amend the Complaint (Doc. 15) is **DENIED as moot**.

(4)   The case is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge