**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLARENCE D. SCHREANE<br><br>     Plaintiff,<br><br>     v.<br><br>J. SEANA,  K. SWARTSFAGER, LT. EDWARD, MR. RENDA, J. ALONGA, DONAHUE and RONNIE HOLT, *individually and in their official capacities*,<br><br>     Defendants. | CIVIL ACTION NO. 3:11-CV-0613<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

    **NOW**, this  30th  day of May, 2012, after consideration of Magistrate Judge Blewitt's Report and Recommendation recommending that Plaintiff's second amended complaint be dismissed, and Plaintiff Clarence Schreane's Objections, **IT IS HEREBY ORDERED THAT:**

    (1) The Report and Recommendation (Doc. 29) is **ADOPTED.**

    (2) Mr. Schreane's second amended complaint (Doc. 21) is **DISMISSED WITH PREJUDICE.**

    (3) The Clerk of Court is directed to mark this case as closed.


                                                       /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge