**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CLARENCE D. SCHREANE

     Plaintiff,

         v.

J. SEANA,  K. SWARTSFAGER, LT.
EDWARD, MR. RENDA, J. ALONGA,
DONAHUE and RONNIE HOLT,
*individually and in their official capacities*,

     Defendants.

CIVIL ACTION NO. 3:11-CV-0613

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

     **NOW**, this __30th__ day of May, 2012, after consideration of Magistrate Judge Blewitt's Report and Recommendation recommending that Plaintiff's second amended complaint be dismissed, and Plaintiff Clarence Schreane's Objections, **IT IS HEREBY ORDERED THAT:**

     (1) The Report and Recommendation (Doc. 29)  is **ADOPTED.**

     (2) Mr. Schreane's second amended complaint (Doc. 21) is **DISMISSED WITH PREJUDICE.**

     (3) The Clerk of Court is directed to mark this case as closed.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge