**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CLARENCE D. SCHREANE,

    Plaintiff,

        v.

J. SEANA, K. SWARTSFAGER, LT.

EDWARD, MR. RENDA, J. ALONGA,

DONAHUE and RONNIE HOLT,

individually and in their official capacities,

    Defendants.

CIVIL ACTION NO. 3:11-0613

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

**ORDER**

    **NOW**, this 23rd day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 35) is **DENIED**.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge