**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLARENCE D. SCHREANE, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-0613 |
| v. | (JUDGE CAPUTO) |
| J. SEANA, K. SWARTSFAGER, LT. EDWARD, MR. RENDA, J. ALONGA, DONAHUE and RONNIE HOLT, individually and in their official capacities, | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

**ORDER**

**NOW**, this 23rd day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 35) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge